UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

COREY D. WALLACE,

      Plaintiff,

  v.                          Case No. 24-C-1572

MICHAEL PARKER, et al.,

      Defendants.

---

## ORDER

---

On December 6, 2024, Plaintiff Corey D. Wallace, who is currently representing himself, filed an unsigned complaint. Pursuant to Federal Rule of Civil Procedure 11(a), "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." If a party fails to sign the pleading, motion, or other paper, it must be stricken "unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). On December 6, 2024 the U.S. District Court Clerk notified Plaintiff that the Complaint required his signature and enclosed a copy for Plaintiff to sign and return to the Court.

Plaintiff must sign and file his complaint within 21 days of the date of this order. Plaintiff's failure to comply will result in the dismissal of this case.

**SO ORDERED** at Green Bay, Wisconsin this 9th day of December, 2024.

                                        s/ William C. Griesbach  
                                        William C. Griesbach  
                                        United States District Judge